**NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Leigh R. Bench, Jr.

**Plaintiff(s)**

v.

Huttig Building Products, Inc.

**Defendant(s)**

CIVIL ACTION NO. CCB001625

FEE PAID

FEE NOT PAID (SEND LETTER)

### MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __Neal Serotte__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __Gerald M. Richardson__ ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __Defendant__.

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __Missouri and Illinois.__

AND/OR THE FOLLOWING UNITED STATES COURT(S): __United States District Courts for the Eastern District of Missouri and the Southern District of Illinois; United States Court of Appeals for the Seventh, Eighth, and District of Columbia Circuits.__

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __No__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: __Not applicable.__

REVISED 7/20/95

ENTERED
RECEIVED

JUN 1 2000

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR _____None_____ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: [signature]
SIGNATURE

409 Washington Avenue, Suite 610
ADDRESS

Baltimore, Maryland  21204

(410) 825-7900
OFFICE PHONE NUMBER

09833
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: [signature] Gerald M. Richardson
SIGNATURE

222 South Central Avenue, Suite 901
ADDRESS

St. Louis, Missouri 63105

(314) 746-4830
OFFICE PHONE NUMBER

ORDER

MOTION ___✓___ GRANTED

MOTION _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION _____ DENIED

DATE: __6/12/00__

[signature]
JUDGE