IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEIGH R. BENCH, | * |
| Plaintiff, | * |
| v. | * |
| HUTTIG BUILDING PRODUCTS, INC., | * CIVIL ACTION NO.: CCB-00-1625 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>JOINT REPORT REGARDING DEPOSITION HOURS</u>

Attorneys for Defendant Huttig Building Products, Inc., Neal Serotte and Serotte, Rockman & Wescott, P.A., and Gerald M. Richardson and The Lowenbaum Partnership, L.L.C., have conferred with Counsel for Plaintiff Leigh R. Bench, and all counsel have agreed that each side shall be limited to 30 hours of deposition of fact witnesses (including parties).

Respectfully submitted,

*Neal Serotte*
Neal Serotte
Federal Bar No.: 09833

SEROTTE, ROCKMAN & WESCOTT, P.A.
Mercantile-Towson Building
409 Washington Avenue
Suite 610
Baltimore, Maryland 21204-4903
(410) 825-7900

MDC\2806MSC.5
June 23, 2000



_Gerald M. Richardson_ /MDC
Gerald M. Richardson

THE LOWENBAUM PARTNERSHIP, L.L.C.
222 South Central Avenue, Suite 901
St. Louis, Missouri  63105
(314) 746-4830
(314) 746-4848 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2000, a copy of the foregoing Joint Report Regarding Deposition Hours was served by first class mail, postage prepaid, upon F. Kirk Kolodner, Esquire, and Andrea S. Baker, Esquire, Adelberg, Rudow, Dorf, Hendler & Sameth, L.L.C., 600 Mercantile Bank and Trust Building, 2 Hopkins Plaza, Baltimore, Maryland  21201, Attorneys for Plaintiff.

_Neal Serotte_
Neal Serotte