UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEIGH R. BENCH, JR. | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: CCB001625 |
| HUTTIG BUILDING PRODUCTS, INC. | * | |
| Defendant | * | |

*********************************************************************

## NOTICE OF WITHDRAWAL

Dear Clerk:

Pursuant to Rule 2-132(a) of the Maryland Rules of Civil Procedure, please withdraw the appearance of Andrea S. Baker, as counsel for Plaintiff, Leigh R. Bench, Jr., in this case.

_____
ANDREA S. BAKER
Adelberg, Rudow, Dorf, Hendler
   & Sameth, LLC
600 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, MD 21201-2927
(410) 539-5195

*[Handwritten note: Mr Kolodner will remain as plaintiff's counsel — on that basis approved /s/ 7-31-00]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of July, 2000, a copy of the foregoing Notice of Withdrawal was mailed by first class mail, postage prepaid, to Neal Serotte, Esq., Mercantile Towson Bldg., 409 Washington Ave., Suite 610, Baltimore, MD 21204-4903, Attorney for Defendant.

_____
ANDREA S. BAKER

M:\WP\110\benchwith.not - 7/27/00