UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 OCT 19 P 5:28

AT BALTIMORE
BY_____ DEPUTY

LEIGH R. BENCH, JR.    *

   Plaintiff    *

v.    *    CASE NO.: CCB001625

HUTTIG BUILDING PRODUCTS, INC.    *

   Defendant    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED SCHEDULING ORDER

| | |
|---|---|
| Discovery Deadline; Submission of Status Report | December 31, 2000 |
| Requests for Admission | January 12, 2001 |
| Dispositive Pretrial Motions Deadline | January 30, 2001 |

_____ 10/19/00
JUDGE, United States District Court for the
District of Maryland

_____
F. Kirk Kolodner, Attorney for
Plaintiff, Leigh R. Bench, Jr.

_____
Gerald M. Richardson, Attorney for
Defendants, Huttig Building Products, Inc.

_____
Neal Serotte, Attorney for
Huttig Building Products, Inc.

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE
OCT 18 2000
UNITED STATES DISTRICT JUDGE

Bench.Amen.Ord - 101100