IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEIGH R. BENCH, JR. | * |
| Plaintiff | * |
| v. | *   Civil Action No. CCB-00-1625 |
| HUTTIG BUILDING PRODUCTS, INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED STIPULATION AND ORDER EXTENDING TIME

The parties stipulate and agree that the Plaintiff, Leigh R. Bench, Jr., shall file his Opposition to the Motion for Summary Judgment filed by Defendant, Huttig Building Products, Inc., on or before **Friday, April 6, 2001**, and the parties further stipulate and agree that should Defendant, Huttig Building Products, Inc., wish to file a Reply Memorandum, such Reply Memorandum shall be filed on or before **Monday, April 30, 2001**.

_Gerald M. Richardson/FKK_
Gerald M. Richardson
The Lowenbaum Partnership, LLC
222 S. Central Avenue
Suite 901
St. Louis, Missouri 63105

Attorney for Defendant, Huttig
Building Products, Inc.

_F/ Kirk Kolodner_
F/ Kirk Kolodner
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195

Attorney for Plaintiff, Leigh R. Bench, Jr.

It is so Ordered this 30th day of March, 2001 by the United State's District Court for the District of Maryland.

_Catherine C. Blake_
Catherine C. Blake
United States District Judge

080/ben-stip.amd/033001