UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEIGH R. BENCH, JR., | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: CCB-00-1625 |
| | * | |
| HUTTIG BUILDING PRODUCTS, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED STIPULATION AND ORDER EXTENDING TIME

The parties stipulate and agree that the Defendant, Huttig Building Products, shall file its reply to the Opposition to the Motion for Summary Judgment filed by Plaintiff, Leigh R. Bench, Jr., on or before Monday May 7, 2001.

_____
F. Kirk Kolodner
Adelberg, Rudow, Dorf, Hendler & Sameth, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201

_____
Gerald M. Richardson
The Lowenbaum Partnership, L.L.C.
222 South Central Avenue, Suite 901
St. Louis, Missouri 63105
(314) 746-4830
(314) 746-4848 (facsimile)

It is so Ordered this 30th day of April, 2001 by the United States District Court for the District of Maryland.

_____
Catherine C. Blake
United States District Judge

