```
                                          ___FILED    ___ENTERED
                                          ___LODGED   ___RECEIVED

         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND       AUG  2 2001

                                                 AT BALTIMORE
                                            CLERK U.S. DISTRICT COURT
                                             DISTRICT OF MARYLAND
LEIGH R. BENCH, JR.        :              BY              DEPUTY
                           :
     v.                    :      CIVIL NO. CCB-00-1625

HUTTIG BUILDING PRODUCTS, INC. :
                           :
```

...oOo...

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant's motion for summary judgment on Count I is **GRANTED** with regard to the severance plan and the automobile allowance policy, and **DENIED** with regard to wages and the vacation policy;

2. Defendant's motion for summary judgment on Count II is **GRANTED** with regard to the automobile allowance policy, and **DENIED** with regard to wages and vacation policy;

3. Defendant's motion for summary judgment on Count III is **GRANTED**;

4. Defendant's motion for summary judgment on Count IV is **GRANTED**;

5. Defendant's motion for summary judgment on Count V is **GRANTED**;

   6.   Defendant's motion for summary judgment on Count VI is **GRANTED** with regard to wages, vacation and the automobile allowance, and **DENIED** with regard to severance benefits; and

   7.   Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

August 2, 2001
Date

Catherine C. Blake
United States District Judge